ORDER
PER CURIAM:
In a single-judge order dated July 23, 2001, the Court vacated the January 8, 1999, decision of the Board of Veterans’ Appeals that denied service connection for the cause of the veteran’s death, and remanded the matter for readjudication pursuant to the Veterans Claims Assistance Act of 2000 (VCAA), Pub.L. No. 106-475, 114 Stat.2096 (Nov. 9, 2000). On August 13, 2001, the appellant, through counsel, filed a motion for reconsideration and an alternative motion for a panel decision.
Upon consideration of the foregoing and the record on appeal, it is by the single judge
ORDERED that the appellant’s motion for reconsideration is denied. It is by the panel
ORDERED that the appellant’s motion for a decision by a panel is denied.